# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA BOYD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 2:11-cv-00748-MHT |
| ) | |
| KOCH FOODS OF ALABAMA, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF ROBERT ELROD

1. My name is Robert Elrod. I offer this declaration upon my own personal knowledge.

2. I am employed by Koch Foods, Inc. ("Koch"). Koch is in the business of processing chicken for sell to various wholesale entities and to some governmental entities. Koch is the parent company and sole member of several entities, including Koch Foods of Alabama, L.L.C. ("Koch-Ala"), which is a manufacturing facility located in Montgomery, Alabama. Among other functions, Koch-Ala has a Debone facility and a Processing facility (sometimes referred to as the Kill Plant).

3. Koch is the sole member of Koch-Ala. Koch does not manage the various entities it owns or is the sole member of or do the hiring for those entities. Koch hires the Complex Managers and the Complex Human Resources Managers

for those entities such as Koch-Ala, but other than those positions, Koch does not do the hiring for Koch-Ala or tell Koch-Ala whom to hire.

4. I am employed as the Human Resources Director for Koch. The Complex Human Resources Manager for Koch-Ala reports to me. Although each of the Complex Human Resources Managers report to me, they are allowed autonomy in doing the hiring for the facilities.

5. I have never been instructed or encouraged by anyone at Koch or Koch-Ala to hire illegal aliens or employees not authorized to work in this country. I am not aware of any employee who was hired by Koch-Ala who I knew was not authorized to work in this country at the time of the hire.

6. I also have never been aware of any employee who was allowed to continue employment with Koch-Ala after I was aware the employee was not authorized to work in this country.

7. I am not aware of any other Koch-Ala or Koch employee who knew at the time of hire that an individual who was hired by Koch-Ala was not authorized to work in this country.

8. I also have never been aware of any Koch-Ala or Koch employee who allowed an individual to continue employment with Koch-Ala with knowledge the individual was not authorized to work in this country.

9. I have not instructed or encouraged any Koch-Ala employees to hire employees who were not authorized to work in this country or a specific employee who was not authorized to work in this country.

10. Koch takes its obligation not to hire unauthorized workers seriously. Koch has established for all of the subsidiaries owned by Koch an Immigration Compliance Program. That includes keeping an immigration log where information on each immigration issue is maintained. This includes every applicant who is rejected if his or her identification papers being presented for purposes of completing an I-9 form were determined to be unacceptable, receipt of non-confirmations form the United States E-verify system, and every instance where a no-match letter is received from the Social Security Administration.

11. Koch and Koch-Ala have been using the United States government's E-verify system since May 2007, and all employees hired by Koch-Ala are processed through the United States government's E-verify system.

12. Attached as **Exhibit A** to this Declaration is the Employee Verification policy of Koch and Koch-Ala This was distributed to all Complex Human Resources Managers and the Human Resources Managers employed at all of Koch's subsidiaries.

13. Attached as **Exhibit B** to this Declaration is a copy of another Memorandum regarding compliance with immigration laws that I distributed to all

of the managers, supervisors, and Human Resources personnel at Koch-Ala.

14.   I am aware that Erica Moya was employed by Koch-Ala at its Processing Facility and that it later was determined that Erica Moya used false documentation. When the Processing Facility's Human Resources Manager learned that Erica Moya had used false documentation, Erica Moya was immediately discharged.

15.   I am also aware that Erica Moya was employed for a few days in February 2010, by the Debone Plant while Tina Boyd was employed as the Debone Plant's Human Resources Manager.

16.   Other than the information that Erica Moya used false documentation, I am not aware of any other individual who Koch-Ala employed that anyone in Koch-Ala's Human Resources management knew was not authorized to work in the United States. I have not been aware of any individuals who Koch-Ala has hired or allowed to work that I or anyone else employed at Koch-Ala was not authorized to work in this country. This includes any workers provided by temporary employment agencies.

17.   In September 2009, David Birchfield was hired as the Complex Human Resources Manager for Koch-Ala. James Jones had been the Complex Human Resources Manager since 2007 and was discharged in 2008. Kathy

21. Tina Boyd never complained to me while she was employed by Koch-Ala that she was being discriminated against or treated differently because of her race or her sex.

22. In an e-mail Tina Boyd sent me on March 2, 2010, she stated that "I feel the need to get the EEOC involved." A true and correct copy of that e-mail is attached as **Exhibit D** to this Declaration.

23. On or about Monday, March 1, 2010, David Birchfield notified me that he had suspended Tina Boyd for hiring an individual at the Debone Plant who had been terminated from the Processing Plant for using false documentation. David Birchfield further told me that he was going to investigate to determine if the allegations were correct.

24. The next day David Birchfield participated in Human Resources meetings in Gadsden, Alabama. When he arrived at the meetings, David Birchfield told me that his investigation had determined that Tina Boyd had hired an individual who had been discharged from another facility for having false documentation. David Birchfield did not have the authority to discharge Tina Boyd, but I accepted his recommendation and approved the decision to terminate Tina Boyd.

25. While Tina Boyd was a Human Resources Manager, she was the highest-paid plant Human Resources Manager employed by Koch-Ala and by any

other complex I supervised. Of the complexes I supervised there were four other Human Resources Manager positions. Those included the Human Resources Manager position for Koch-Ala's Processing Plant and three Human Resources Managers employed by Koch Foods of Mississippi, L.L.C.

26. The Koch-Ala Processing Plant Human Resources Manager position was held by Shawn Collins the entire time Tina Boyd was employed as the Koch-Ala Debone Plant Human Resources Manager. Tina Boyd's salary was always at least Ten Thousand Dollars ($10,000.00) more than Shawn Collins's salary.

27. All of the Human Resources Managers employed by Koch Foods of Mississippi, LLC while Tina Boyd was employed by Koch-Ala made at least Ten Thousand Dollars ($10,000.00) less than Tina Boyd during the entire time Tina Boyd was employed. All three Human Resources Managers in Mississippi were female.

28. At no time did I receive any complaint from Tina Boyd about David Birchfield or any actions or comments by David Birchfield other than what was stated in the March 2, 2012, e-mail about her suspension.

29. Koch-Ala conducts annual training on harassment, discrimination, and retaliation for its managers and has been conducting such training since before Tina Boyd was hired by Koch-Ala. A true and correct copy of the PowerPoint that is used for the training is attached as **Exhibit E** to this declaration.

10. I have never been notified of any complaints of race or sex discrimination or retaliation toward employees by Tom Roberts, Kathy Pinkston, or David Burchfield. I was involved in the hiring of all of those individuals and received no information during the hiring process that they had engaged in or been accused of any race or sex discrimination or retaliation toward employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of August_____ 2012.

_____
[signature]

Generated by CamScanner from intsig.com