# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIA N. VINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | |
| | ) | 2:12-cv-1088 |
| KOCH FOODS OF | ) | |
| ALABAMA, LLC, and | ) | |
| KOCH FOODS, LLC, and DAVID | ) | |
| BIRCHFIELD | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MARIA VINSON

I, the undersigned Maria Vinson hereby swear or affirm, that the following is true and correct and based on my personal knowledge.

1. My name is Maria Vinson. I am over the age of nineteen (19) and I have personal knowledge of the facts set forth in this Affidavit.

2. I was employed at Koch Foods-Alabama, LLC, as an Orientation Trainer in the Human Resources department of the Montgomery Kill Facility of Koch Foods, LLC.

3. I am a Hispanic female whose national origin is Puerto Rican. I am a citizen of the United States.

4. I hold an Associates degree in Arts and Communications, a Bachelor of Science degree in Human Resource Management, and a Masters of Science in Management. I am a U.S. Veteran who has served in the Army National Guard and Reserves and was Honorably Discharged.

5. During my employment at Koch Foods, I was paid less than White and Asian employees who had less experience than I and who held positions with less responsibility, including the HR Clerk and Supply Clerk.

6. As an Orientation Trainer, I performed the same or substantially similar job duties as an HR Clerk, plus additional responsibilities. I answered phones, took messages, performed data input, and met with employees regarding HR issues, which were job duties of an HR Clerk. In addition, I also had the responsibility to determine which applicants for employment were interviewed, interviewed them, and made the decision to hire them. The HR Clerk position had no management or hiring authority.

6. While I was employed at Koch Foods, the HR Clerk position was vacant but it was never posted internally for existing employees to apply. After I was terminated, an Asian male was hired into this position at a higher pay rate than I was making even though the Asian male had no HR education, training,

experience, or seniority, and the HR Clerk position had less responsibility than my position as Orientation Trainer.

7. While I was employed at Koch Foods, the position of Supply Clerk came available. I inquired about the position and was told that it paid $10 per hour, which was $2 less per hour than I was currently making. If I had known the pay rate was negotiable and could have been higher than what I was making, I would have applied. The Supply Clerk position had less responsibility than my position. The Supply Clerk's duties were to monitor the inventory of supplies needed by plant employees such as hair nets, rubber boots, etc. The Supply Clerk had no management or hiring authority.

8. Ray Cleckler, a white male, was hired as Supply Clerk at $15 per hour, which was more than I was paid as Orientation Training. Mr. Cleckler had no HR education, training, experience, or seniority.

9. I complained to Ken German, HR Manager, about the fact that Ray Cleckler was hired and was being paid $3 per hour more than me for a position with less responsibility.

10. Subsequently, I interviewed for the position of Professional Development with Mr. German. During the interview, Mr. German referenced that my interview was only for him to go through the motions of interviewing

3

candidates other than Lindsey Johnson, a White female, who had already been selected for the position. Following the announcement that Ms. Johnson was hired for the position, Mr. German was sympathetic to my being disappointed about interviewing for a position that I was not really being considered for. He stated that he knew that I understood I had never actually been considered for the position and thanked me for acting in a professional manner despite my unfair treatment.

11. On January 5, 2012, I was one of three employees suspended for taking too long of a break while off the clock. The other two employees, both white females, Heather Bowen and Mitsi James, were allowed to return to work on the fourth day, but I was not allowed to return to work until the fifth day. When I returned to work, David Birchfield, Complex Human Resource Manager, changed by job duties, eliminated my work station and my access to my computer and tools to perform my work.

12. I complained to my supervisor, the HR Manager Shawn Collins, about the changes in my job duties and loss of my work station, computer and tools. Ms. Collins told me that Mr. Birchfield had not decided where he was going to move me. I never received a new work station, computer or tools, and never got a clear description from Mr. Birchfield about what my new job duties included.

_____
Maria Vinson

STATE OF ALABAMA )
MONTGOMERY COUNTY )

    I, the undersigned notary public, in and for said county in said state, hereby certify that Maria Vinson, whose name is signed to the foregoing, and who is known to me, acknowledged before me on this day that, being informed of the contents, she executed the same voluntarily on the day the same bears date.

    Given under my official hand and seal this the 22 day of November 2013.

_____
Notary

Eric Madderra

MY COMMISSION EXPIRES
09/08/2014

5