# EXHIBIT 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 420-2012-02409 |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Maria N. Vinson** | **(334) 356-6695** | ▓▓▓▓ |

| Street Address | City, State and ZIP Code |
|---|---|
| **6712 Volz Court, Montgomery, AL 36116** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **KOCH FOODS** | **501 or More** | **(334) 387-1700** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3500 Western Blvd., Montgomery, AL 36108** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [X] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-05-2012**   Latest: **05-17-2012**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am Hispanic and my national origin is Puerto Rican. I was hired by the above named employer in October 2009, as an Orientation Trainer. On January 5, 2012, I was one of three employees suspended for taking to long of a break, while off of the clock. The two White employees were allowed to return to work on the fourth day. I was not allowed to return to work until the fifth day. When I returned to work from the suspension, Mr. Burchfield changed my job duties, but I kept the same job title. The change in my job duties resulted in the elimination of my work station, so therefore I had no tools to work with. The two White employees who were suspended with me retained all of their job duties. The White employees kept their work stations. I was taken completely out of the decision making process, which I had before being suspended. I was discharged on May 17, 2012, without any advance notice or written warning.

Howard Melton, Manager, told me that my job was not meeting expectations and the job were being eliminated.

I believe that I was discriminated against because of my race, Hispanic and my national origin, Puerto Rican, in violation of Title VII of the Civil Rights Act of 1964, as amended. Non-Hispanic employees have been granted job accommodations regardless of the availability of positions and they have given been preferential treatment in the work place.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Jun 20, 2012        _[signature]_ <br> Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |



**KOCH FOODS**
*America's Chicken Specialist*

Koch Foods of Alabama, LLC
3500 Western Blvd
Montgomery, AL
(334) 281-0400

August 7, 2012

Aaron N. Hallaway
Intake Supervisor
U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street, South
Birmingham, Al.

AUG - 0 2012
Birmingham District Office

Re:   Charging Party:   Maria N. Vinson
      Employer:         Koch Foods of Alabama, LLC
      EEOC Charge No.   420-2012-02409

Dear Ms. Hallaway:

Koch Foods denies the allegations contained in the Charge of Discrimination filed by Maria N. Vinson to the extent that the allegations imply any wrongdoing or liability on Koch Foods. Koch Foods is an Equal Opportunity Employer, and it is a priority of Koch Foods to insure that employees are treated fairly and equally, without regard to their race, disability, gender or other protected classes. Further, Koch Foods strives through its policies and practices to maintain a positive environment in which to work. Accordingly, Koch Foods submits this Response to Request for Information and Employer's Position Statement ("Response and Position Statement") in opposition to the Charge of Discrimination.

**Charge 1.** "On January 5, 2012, I was one of three employees suspended for taking to long of a break, while off of the clock. The two white employees were allowed to return to work on the fourth day. I was not allowed to return to work until the fifth day".

**Company Response:** Maria was suspended for 3 days on January 5, 2012 along with 2 other employees from the H R department after they left work at approximately 10 am and did not call or report back for almost 3 hours. (Disciplinary form attached as **exhibit A**). Maria's suspension would have her returning to work on Wednesday January 11, 2012. On January 9th Maria returned to work, went to the H R department, and collected all of her belonging. Alesia Simmons from the debone plant had been temporarily reassigned to assist in the H R department, and spoke with Maria at that time. When asked by Alesia if she were quitting Maria stated "well if they can't call me back then I just don't care". (Alesia's email about the conversation is attached as **exhibit B**). After clearing Maria's return to work with the Corp. H R manager Bobby Elrod, Maria was contacted, and I told her to return to work the following day Wednesday 1/11/12. Maria did not come back to work until Thursday January 12, 2012. On this date I contacted the payroll manager, Erica Banker, and asked her to put Maria in for the same hours that the other H R employee suspended, Heather Bowen, had worked on Wednesday 1/11/2012. Attached is the email I sent Erica asking her to pay Maria for the day she was not here on 1/11/2012. (**Exhibit C**) Also attached is Maria's time sheet as well as Heather Bowen's for the week of January 8-14, 2012. (**Exhibit D**). Please note that Maria received the same hours on Wednesday 1/11/2012 that Heather worked even though Maria was not here. This essentially paid Maria for a full day's work when she was not here, thereby giving her the exact same suspension time as the "white employees". Maria did not work on Friday 1/13/2012 due to military training with the Army Reserve.





Koch Foods of Alabama, LLC
3500 Western Blvd
Montgomery, AL
(334) 281-0400

**CHARGE 2:** "When I returned to work from the suspension, Mr. *Burchfield* changed my job duties, but I kept the same job title".

**Company Response:** Prior to Maria's suspension, and while on suspension it was reported to me repeatedly by managers that Maria spent most of her time in the H R office texting, and "playing" on her cell phone, and hardly any time on the production floor. Her primary job duties were to be a trainer and interpreter on the production floor. These duties entailed Maria knowing all of the job duties on the floor, and being able to help supervisors to train new employees, and act as a mentor to the new employees on the production floor. These job duties were not being done in a manner that the plant manager felt justified the position, and this information was re-emphasized to Maria when she returned to work from her suspension. Maria was directed that she needed to learn ALL of the jobs that are on the production floor, and was given this goal by the H R manager, Shawn Collins. Maria was told that when she learned all of the jobs she would be given a raise in pay. On April 5, 2012 Ms. Collins reported to me that Maria had learned all of the jobs on the production floor, and I put a request in to increase her pay from $11.67 to $14 per hour, a 20% increase in pay. See attached email from Eric Banker, payroll manager. (**Exhibit E**).

**Charge 3:** "The change in my job duties resulted in the elimination of my work station, so therefore I had no tools to work with".

**Company Response:** Maria's "job duties" were on the production floor not sitting in the H R office.

**Charge 4:** "The two White employees who were suspended with me retained all of their job duties. The White employees kept their work stations. I was taken completely out of the decision making process, which I had before being suspended".

**Company Response:** The two "White employees" are an H R clerk and an H R generalist whose job requires them to work in the H R office. Maria had no responsibilities that involved the "decision making process".

**Charge 5:** "I was discharged on May 17, 2012 without any advance notice or written warning".

**Company Response:** During the 2nd week of May I was again receiving reports that Maria was spending very little time on the production floor training new employees. In a discussion with the plant manager, Johnny Gill, on the morning of May 17, 2012 he informed me that he felt Maria was not doing her job, and that having a trainer that sits in the H R office all of the time was not something the company could afford to continue to do, and wanted the position eliminated. At that time I sent Mason Melton, Koch Foods Supervisor and Manager Trainer, to find Maria and advise her of the elimination of her job. (**Exhibit F**). Mason located Maria sitting in the H R office, not on the production floor, and advised her of the decision to eliminate her position. The position remains eliminated to this day.

**Conclusion:**

Vinson cannot demonstrate any case of discrimination based on her race or national origin as she alleges because there is none. Ms. Vinson's omission of the facts which show clearly that Koch Foods gave Vinson every opportunity to be treated as equally as the other employees, and even paid her for the day she missed when she failed to return as scheduled from her suspension. Vinson also fails to mention in



**KOCH FOODS**
*America's Chicken Specialist*

Koch Foods of Alabama, LLC
3500 Western Blvd
Montgomery, AL
(334) 281-0400

her charge that she received a 20% increase in pay, far more than any other Koch Foods employee, or the "white employees" which she refers to in her charge, as being given "preferential treatment". As such, Koch Foods request that the EEOC issue a "No-Cause" finding for this "Charge for Discrimination" and close its files accordingly. If you have any questions or need any additional information please do not hesitate to contact me by telephone (334-387-1711) or email (davbir@kochfoods.com).

Thank you for your assistance in this matter.

Sincerely,

David N. Birchfield
Complex H R Manager
Koch Foods
Montgomery Alabama Division