# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARIA VINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 2:12-cv-01088-ECM-SRW |
| v. | ) |
| | ) |
| KOCH FOODS OF ALABAMA, LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT KOCH FOODS OF ALABAMA, LLC'S NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Koch Foods of Alabama, LLC ("Defendant") conditionally cross-appeals to the United States Court of Appeals for the Eleventh Circuit as to the following:

1. Whether the Court committed reversible error in giving the 11th Circuit Pattern Jury Instruction on 42 U.S.C. § 1981 that provides "motivating factor" as opposed to "but for" standard of proof applies.

2. Whether the Court committed reversible error in giving the 11th Circuit Pattern Jury Instruction under Title VII that provides a "motivating standard" burden of proof without also providing for a limitation on damages.

3.	Whether the Court committed reversible error in failing to grant Koch Foods' Motion to Dismiss and Motion for Judgment as a Matter of Law on the Plaintiff's 42 U.S.C. § 1981 claim on res judicata grounds in light of the stipulated dismissal of the same claim against David Birchfield as the prevailing party.

4.	Whether the Court committed reversible error in failing to grant Koch Foods' Motions for Judgment As a Matter of Law as Plaintiff failed to present sufficient evidence by which a reasonable jury could have found in favor of Plaintiff on any claim.

Respectfully submitted, this 29th day of May, 2019.

/s/ Rachel V. Barlotta
Rachel V. Barlotta (VAN040)
Sharonda Fancher (CHI033)

**OF COUNSEL**
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, P.C.
420 North 20th Street, Suite 1400
Birmingham, AL 35203
(205) 328-0480
rbarlotta@bakerdonelson.com
sfancher@bakerdonelson.com

/s/ Marion F. Walker
Marion F. Walker (ASB-0734-L73M)
Corey J. Goerdt

**OF COUNSEL:**
Fisher & Phillips LLP
2323 2nd Avenue North

Birmingham, AL 35203
Email: mfwalker@fisherphillips.com
Telephone: (205) 327-8354
Facsimile: (205) 718-7607

1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
cgoerdt@fisherphillips.com
Telephone: (404) 240-4212

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing was served upon the following counsel of record by e-filing or by United States Mail, with postage prepaid and properly addressed on this the 29th day of May, 2019.

Ms. Alicia K. Haynes
Mr. Charles Guerrier
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226
(205) 879-0377 (Phone)
(205) 879-3572 (Fax)
Email: akhaynes@haynes-haynes.com

Ms. Heather Newsom Leonard
Heather Leonard, P.C.
P.O. Box 43768
Birmingham, Alabama 35243
(205) 977-5421 (Phone)
(205) 278-1400 (Fax)
Email: Heather@HeatherLeonardPC.com

                                                    */s/ Rachel V. Barlotta*
                                                    OF COUNSEL

4840-6018-4472v1
2016061-000101 05/28/2019