# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 05, 2019

Rachel V. Barlotta
Baker Donelson Berman Caldwell & Berkowitz, PC
420 N 20TH ST STE 1400
BIRMINGHAM, AL 35203

Jenna M. Bedsole
Baker Donelson Berman Caldwell & Berkowitz, PC
420 N 20TH ST STE 1400
BIRMINGHAM, AL 35203

Sharonda Childs Fancher
Baker Donelson Berman Caldwell & Berkowitz, PC
420 N 20TH ST STE 1400
BIRMINGHAM, AL 35203

Marion F. Walker
Fisher Phillips LLP
2323 2ND AVE N
BIRMINGHAM, AL 35203

Appeal Number: 19-11999-F
Case Style: Maria Vinson v. Koch Foods of Alabama, LLC, et al
District Court Docket No: 2:12-cv-01088-ECM-SRW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

A **cross appeal** has been filed in the above-referenced case. In cross appeals, pursuant to FRAP 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree. The parties may refer to FRAP 28.1 and the corresponding rules for information on the briefing schedule in **cross appeals**.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM JUNE 3, 2019. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARIA VINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No.:  2:12-cv-01088-ECM-SRW |
| v. | ) |
| | ) |
| **KOCH FOODS OF ALABAMA, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT KOCH FOODS OF ALABAMA, LLC'S NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Koch Foods of Alabama, LLC ("Defendant") conditionally cross-appeals to the United States Court of Appeals for the Eleventh Circuit as to the following:

1.  Whether the Court committed reversible error in giving the 11th Circuit Pattern Jury Instruction on 42 U.S.C. § 1981 that provides "motivating factor" as opposed to "but for" standard of proof applies.

2.  Whether the Court committed reversible error in giving the 11th Circuit Pattern Jury Instruction under Title VII that provides a "motivating standard" burden of proof without also providing for a limitation on damages.

3.       Whether the Court committed reversible error in failing to grant Koch Foods' Motion to Dismiss and Motion for Judgment as a Matter of Law on the Plaintiff's 42 U.S.C. § 1981 claim on res judicata grounds in light of the stipulated dismissal of the same claim against David Birchfield as the prevailing party.

4.       Whether the Court committed reversible error in failing to grant Koch Foods' Motions for Judgment As a Matter of Law as Plaintiff failed to present sufficient evidence by which a reasonable jury could have found in favor of Plaintiff on any claim.

Respectfully submitted, this 29th day of May, 2019.

|  |  |
|---|---|
| **OF COUNSEL**<br>Baker, Donelson, Bearman,<br>   Caldwell & Berkowitz, P.C.<br>420 North 20th Street, Suite 1400<br>Birmingham, AL 35203<br>(205) 328-0480<br>rbarlotta@bakerdonelson.com<br>sfancher@bakerdonelson.com | */s/ Rachel V. Barlotta*<br>Rachel V. Barlotta (VAN040)<br>Sharonda Fancher (CHI033) |
| **OF COUNSEL:**<br>Fisher & Phillips LLP<br>2323 2nd Avenue North | */s/ Marion F. Walker*<br>Marion F. Walker (ASB-0734-L73M)<br>Corey J. Goerdt |

4840-6018-4472v1
2016061-000101 05/28/2019

Birmingham, AL 35203
Email: mfwalker@fisherphillips.com
Telephone: (205) 327-8354
Facsimile: (205) 718-7607

1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
cgoerdt@fisherphillips.com
Telephone: (404) 240-4212

### CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing was served upon the following counsel of record by e-filing or by United States Mail, with postage prepaid and properly addressed on this the 29th day of May, 2019.

Ms. Alicia K. Haynes
Mr. Charles Guerrier
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226
(205) 879-0377 (Phone)
(205) 879-3572 (Fax)
Email: akhaynes@haynes-haynes.com

Ms. Heather Newsom Leonard
Heather Leonard, P.C.
P.O. Box 43768
Birmingham, Alabama 35243
(205) 977-5421 (Phone)
(205) 278-1400 (Fax)
Email: Heather@HeatherLeonardPC.com

>           */s/ Rachel V. Barlotta*
>           OF COUNSEL

4840-6018-4472v1
2016061-000101 05/28/2019

| | |
|---|---|
| 02/11/2019 | **ORAL ORDER denying 278 Motion for Judgment as a Matter of Law; denying 280 Motion for Judgment as a Matter of Law as stated on the record. Signed by Chief Judge Emily C. Marks on 2/11/19. (ws, )** (Entered: 02/11/2019) |